IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
FEB 15 2023
BONNIE HACKLER
Clerk, U.S. District Court
By_____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff,*<br><br>v.<br><br>ALEXANDRIA NICOLE COOPER,<br><br>       *Defendant.* | SEALED<br><br>Case No. **23 CR 031 JFH** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### INVOLUNTARY MANSLAUGHTER IN INDIAN COUNTRY
[18 U.S.C. §§ 1112, 1151, & 1153]

On or about March 12, 2018, in the Eastern District of Oklahoma, in Indian Country, the defendant, **ALEXANDRIA NICOLE COOPER**, an Indian, did unlawfully kill T.W.H., in the commission of an unlawful act not amounting to a felony, that is operating a motor vehicle under the influence of alcohol, contrary to Title 47, Oklahoma Statutes Annotated, Section 11-902, without due caution and circumspection and with a wanton and reckless disregard for human life, and knew and should have known that his conduct imperiled the lives of others, in violation of Title 18, United States Code, Sections 1112, 1151, and 1153.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

*[signature]* for

Shundral H. Cole, MS Bar # 103003
Special Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

1